IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK S. FRAZIER | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA STATE OF PENN. | : | NO. 17-3741 |

### ORDER

AND NOW, this 29th day of August, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1), his *pro se* complaint, and his motion to relate case to 15-6878 (ECF No. 3), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The motion to relate case to 15-6878 is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**